**Frank Jackson, Appellee, v. Toledo, St. Louis & Western Railroad Company, Appellant.**

**(Not to be reported in full.)**

Appeal from the Circuit Court of Fayette county; the Hon. ALBERT M. ROSE, Judge, presiding. Heard in this court at the October term, 1913. Reversed. Opinion filed May 1, 1914.

### Statement of the Case.

Petition by F. M. Guinn for an attorney's lien under section 55, ch. 83, R. S., J. & A. ¶ 611. Petitioner represented Frank Jackson in a suit against Toledo, St. Louis & Western Railroad Company and served notice of his employment by Jackson on an attorney for the Railroad Company. From a judgment in favor of petitioner for $62.50 attorney's fees, the Railroad Company appeals.

C. E. POPE and ARTHUR ROE, for appellant; CHARLES A. SCHMETTAU, of counsel.

F. M. GUINN, for appellee.

MR. JUSTICE HARRIS delivered the opinion of the court.

## Abstract of the Decision.

ATTORNEY AND CLIENT, § 134*—*upon whom notice for attorney's lien must be served.* Section 55, ch. 83, Hurd's R. S. J. & A. ¶ 611, providing that notice for attorney's lien shall be served upon the party against whom the attorney's client may have suit, means that the notice must be personally served on the party against whom summons would issue, and the personal service of such notice should follow the law as to service of process where the party is a corporation.

